**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP TOLK, an individual; and RADA KATZ, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>TRENDLY, INC. d/b/a REBAG, a Delaware corporation; DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:26-cv-01633-CDS-NJK<br><br>**ORDER GRANTING**<br>**STIPULATION TO EXTEND DEADLINE**<br>**FOR DEFENDANT TO RESPOND TO**<br>**PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Philip Tolk and Rada Katz ("Plaintiffs"), as pro se Plaintiffs, and Defendant Trendly, Inc. d/b/a Rebag ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint filed herein on May 29, 2026 [ECF No. 1]. This is the first request to extend Defendant's response deadline, and no prior extensions of this deadline have been granted.

Defendant was served on June 1, 2026 [ECF Nos. 10, 13]. Accordingly, Defendant's current deadline to respond to the Complaint is June 22, 2026. See Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiffs and Defendant hereby agree to extend this deadline thirty days, up to and including July 22, 2026. This stipulation is made in good faith and not in an attempt to delay proceedings but rather is made to accommodate the schedules of counsel and client in preparing a response to the Complaint and facilitate potential resolution of this action. This stipulation is limited to an

1

extension of time only and shall not be construed as a waiver by any party of any right, claim, defense, objection, argument, or position, including any position concerning service of process.

**IT IS SO STIPULATED.**

DATED this 17th day of June 2026.                DATED this 17th day of June 2026.
**Holland & Hart LLP**


*/s/ David Freeman*                                          */s/ Philip Tolk*
David Freeman                                                  Philip Tolk, *pro se Plaintiff*
Caitlan J. Bohn
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*



Dated this 17th day of June 2026.


*/s/ Rada Katz*
Rada Katz, *pro se Plaintiff*


**IT IS SO ORDERED:**


Nancy J. Koppe
United States Magistrate Judge

Dated: June 26, 2026

2