**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP TOLK, an individual; and RADA KATZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TRENDLY, INC. d/b/a REBAG, a Delaware corporation; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01633-CDS-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs Philip Tolk and Rada Katz ("Plaintiffs"), as pro se Plaintiffs, and Defendant Trendly, Inc. d/b/a Rebag ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint filed herein on May 29, 2026 [ECF No. 1]. This is the second request to extend Defendant's response deadline with the Court previously granting a 30-day extension up to and including July 22, 2026 for Defendant to respond to the Complaint [ECF No. 18].

Since that time, the parties have been having productive, good faith settlement discussions. To further facilitate these discussions, Plaintiffs and Defendant hereby agree to extend this deadline fourteen days, up to and including August 5, 2026. This stipulation is made in good faith and not in an attempt to delay proceedings but rather is made to accommodate the schedules of counsel and client in preparing a response to the Complaint and facilitate potential

resolution of this action. This stipulation is limited to an extension of time only and shall not be construed as a waiver by any party of any right, claim, defense, objection, argument, or position, including any position concerning service of process.

**IT IS SO STIPULATED.**

DATED this 20th day of July 2026.
**Holland & Hart LLP**

*/s/ David Freeman*
David Freeman
Caitlan J. Bohn
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*

DATED this 20th day of July 2026.

*/s/ Philip Tolk*
Philip Tolk, *pro se Plaintiff*

Dated this 20th day of July 2026.

*/s/ Rada Katz*
Rada Katz, *pro se Plaintiff*

**IT IS SO ORDERED:**

Nancy J. Koppe
United States Magistrate Judge

Dated: July 21, 2026