David Freeman
Nevada Bar No. 10045
Caitlan J. Bohn
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
dfreeman@hollandhart.com
cjbohn@hollandhart.com

*Attorneys for Trendly, Inc. d/b/a Rebag*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP TOLK, an individual; and RADA KATZ, an individual,<br><br>Plaintiffs<br><br>v.<br><br>TRENDLY, INC. d/b/a REBAG, a Delaware corporation; DOES 1 through 20, inclusive,<br><br>Defendant | Case No. 2:26-cv-01633-CDS-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs Philip Tolk and Rada Katz ("Plaintiffs"), as pro se Plaintiffs, and Defendant Trendly, Inc. d/b/a Rebag ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree to dismiss this action, with prejudice, with the parties to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**IT IS SO STIPULATED.**

Dated this 29th day of July 2026.

**HOLLAND & HART LLP**

*/s/ David Freeman*
David Freeman
Caitlan J. Bohn
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*

Dated this 29th day of July 2026.

*/s/ Philip Tolk*
Philip Tolk, *pro se Plaintiff*

Dated this 29th day of July 2026.

*/s/ Rada Katz*
Rada Katz, *pro se Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The clerk of court is kindly instructed to close this case.

UNITED STATES DISTRICT JUDGE

DATED: August 3, 2026

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134